IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KYLE THISTLETHWAITE,**
**PATRICIA THISTLETHWAITE, and**
**PAUL THISTLETHWAITE,**

        Plaintiffs,

v.                                         No. 1:14-CV-00138 WJ/CG

**ELEMENTS BEHAVIORAL HEALTH, INC.**
**a foreign corporation, TRS BEHAVIORAL**
**CARE, INC., d/b/a THE RIGHT STEP,**
**a foreign corporation, and SAN CRISTOBAL**
**TREATMENT CENTER, LLC, a foreign limited**
**liability company,**

        Defendants.

## NOTICE OF SETTLEMENT

The parties, by and through their attorneys of record, hereby provide notice to the Court that the above referenced matter settled. The parties will submit a Motion and Order of Dismissal to the Court once finalized.

Respectfully submitted,

DWIGHT E. THOMPSON LAW OFFICE, P.C.

By  Electronically signed May 18, 2015
    Dwight Thompson
    Justin Lea
    208 Paseo del Pueblo Sur, Suite 202
    Taos, New Mexico 87571
    (575) 751-3043
    dwight@dwightthompsonlawoffice.net
    *Attorneys for Plaintiffs*

                                            CONKLIN, WOODCOCK & ZIEGLER, P.C.

                                            By  */s/ Alisa Wigley-DeLara*
                                                  Robert C. Conklin
                                                  Alisa Wigley-DeLara
                                                  320 Gold Avenue, SW, Suite 800
                                                  Albuquerque, NM 87102
                                                  (505) 224-9160
                                                  rcc@conklinfirm.com
                                                  awd@conklinfirm.com
                                                  *Attorneys for Defendants*

This is to certify that on this 18th day of May, 2015, the foregoing Notice was filed electronically through the CM/ECF system, which caused the following to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

        Dwight Thompson
        Justin Lea
        208 Paseo del Pueblo Sur, Suite 202
        Taos, NM 87571
        *Attorneys for Plaintiffs*

  */s/ Alisa Wigley-DeLara*
Alisa Wigley-DeLara